KEITH H.S. PECK        6825-0
3360 Kamaaina Place
Honolulu, Hawaii  96817
Telephone: 808-384-7325
Facsimile: 808-595-7146
lawcenterhawaii@aol.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| L.A.S., individually and on behalf of her minor child, S.A.S.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>          Defendants. | CIVIL NO.CV14-00071 HG/BMK<br>(Other Civil Action)<br><br>PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><br><br>Date: July 2, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Barry M. Kurren |

**PLAINTIFFS' SCHEDULING CONFERENCE STATEMENT**

**I.   NATURE OF THE CASE**

     This matter results from a remand by Judge Mollway

in Civil No. 12-00213 SOM/BMK for a determination of

fact. This appeal seeks de novo review.

## II. <u>JURISDICTION</u>

This court has subject matter jurisdiction in

IDEA claims and venue is proper in this Court.

## III. <u>JURY TRIAL</u>

No jury trial has been demanded.

## IV. <u>DISCOVERY, DISCLOSURE AND MOTION</u>

Additional evidence may be provided in this

matter. No discovery is pending.

## V. <u>SPECIAL PROCEDURES</u>

None anticipated

## VI. <u>RELATED CASES</u>

There are no related cases pending.

## VII. <u>ADDITIONAL MATTERS</u>

None.

DATED:  Honolulu, Hawaii, July 2, 2014.

/s/ Keith H.S. Peck_____
KEITH H.S. PECK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| L.A.S., individually and on behalf of her minor child, S.A.S., <br><br>      Plaintiffs, <br><br>   vs. <br><br> STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools, <br><br>      Defendants. | CIVIL NO.CV14-00071 HG/BMK <br>  (Other Civil Action) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

This is to certify that a copy of "Petitioners' Scheduling Conference Statement" was duly served this day via ECF, upon the following:

KUNIO KUWABE, ESQ.
Deputy Attorney General
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

Counsel for the Defendant

DATED: Honolulu, Hawaii, July 2, 2014.


/s/ Keith H.S. Peck
KEITH H.S. PECK